IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDNA TAJONERA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF AVELINO TAJONERA, DECEASED, AND AS NEXT FRIEND OF MAVERICK TAJONERA AND EDRIAN TAJONERA, MINOR CHILDREN, and JADE TAJONERA | CIVIL ACTION<br><br>NO.   13-cv-0366 c/w 13-0550,<br>       13-2496, 13-5137, 13-5508<br>       13-6022, 13-6099, 13-6413<br>       14-0374 and 14-1714 |
| VERSUS | SECTION "G" (5) |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | |

*Pertains to 13-366; 13-550; 13-2496; 13-5137; 13-5508; and 14-374*

# JUDGMENT

This matter having come before the Court on motion of Enviro-Tech Systems, LLC for summary judgment (Record Doc. 396), and after considering the facts, the law, evidence and argument of counsel, the Motion for Summary Judgment in favor of Enviro-Tech Systems, LLC was granted on September 17, 2014 (Record Doc. 464); and

The Court being of the opinion that there is no just reason for delay in the entry of judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Enviro-Tech Systems, LLC and against all plaintiffs in the following cases:

    *13-0366 (Tajonera, et al);*
    *13-0550 (Corporal, et al);*
    *13-2496 (Grand Isle Shipyards, Inc.);*
    *13-5137 (Canencia, et al);*
    *13-5508 (Tamayo, et al); and*
    *14-0374 (Dominguez)*

and that all claims and causes of action asserted by such plaintiffs against Enviro-Tech Systems, LLC only be dismissed with prejudice and that defendant, Enviro-Tech Systems, LLC, recover its costs[1] from such plaintiffs; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk enter judgment in favor of Enviro-Systems, LLC on its Motion for Summary Judgment and awarding costs on the basis set forth above.

Signed at New Orleans, Louisiana, this 19th day of September, 2014.

Nannette Jolivette Brown
UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Civil Procedure 54(d) provides: "Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees— should be allowed to the prevailing party."