UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDNA TAJONERA, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0366, 13-0550** |
| **BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C., et al.** | **SECTION: "G"(5)** |

### ORDER

The Court having been advised that Tajonera and Corporal Plaintiffs have firmly agreed upon a compromise with Defendant Grand Isle Shipyards, Inc. ("GIS")[1] and Defendant Black Elk Energy Offshore Operations, L.L.C. ("Black Elk"),[2] the only parties against whom they continued to maintain claims,

**IT IS ORDERED** that Tajonera and Corporal Plaintiffs' claims be and are hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reurge Plaintiff's complaint if settlement is not consummated. Moreover, there are no claims remaining against GIS. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

---

[1] Rec. Doc. 1152.

[2] *See* attached correspondence.

Counsel are reminded that, if witnesses have been subpoenaed in connection to Tajonera Plaintiffs' claims, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 17th day of June, 2016.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**



**Cause No. 13-366; Tajonera, et al. v. Black Elk Energy, et al.**

Ryan R. Hicks   to: 'eFile-Brown@laed.uscourts.gov'   06/17/2016 08:56 AM

Cc: Timothy Young, Michael OBrien , "Jones, Marne A.", "citkin@arnolditkin.com", Nanette Hartdegen       , "Ryan R. Hicks", "Peter B. Schneider", "Bob Reich (rreich@rapllclaw.com)",

Dear Judge Brown,

I represent the Tajonera and Corporal plaintiffs in the above referenced matter.  The Tajonera and Corporal plaintiffs have resolved their claims with Black Elk Energy Offshore Operations and Grand Isle Shipyards.  As such, they have no remaining claims in this case.

We will finalize our resolution and file the necessary documents with the Court as soon as possible.  If the Court requires our presence to memorialize any agreements on the record, we will be pleased to do so.

Very truly yours,

Ryan Hicks



**Ryan R. C. Hicks**
3700 Buffalo Speedway, Suite 1100
Houston, Texas  77098
Telephone:          (713) 338-2562
Toll Free:           (800) 689-0024
Facsimile:          (866) 505-8036